Your Name: Kathryn R. Wade

Your Address: 1203 Putnam St.

Phone Number: 510·932·4240

Email Address: Kwade710@gmail.com

Pro Se Plaintiff

**FILED**

APR 9 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 25-3200 TSH

Kathryn R. Wade, individually and as Successor-in-interest to Decendent Plaintiff, Malad R. Baldwin

Case Number [leave blank]

v.

City of Antioch, Chief T. Brooks, Chief A. Morefield, officer Amiri, Sgt. Evans, Sgt. Wisecarver, officer Inabnett, officer Stenger, officer Hughes and John Doe-100 Scope of Employment and Individually Defendant.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☑   No ☐

## I.   PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Kathryn R. Wade

Address: 1203 Putnam St. Antioch, Ca. 94509

Telephone: 510·932·4240

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1: The City of Antioch

Name:

Address: 200 H Street, Antioch, Ca. 94509-1285

Telephone: 925·779·7000

Defendant 2:

COMPLAINT                    PAGE ___ OF ___              JDC TEMPLATE, UPDATED 11/2024

Name: Antioch Police Department

Address: 300 L Street. Antioch, Ca. 94509

Telephone: 925. 778. 2441

Defendant 3: Officer Evans, Amiri, Sgt. Wisecarver,

Name: Inabnett, Sistergen, officer Hughes Scope of Employme,
DOE-100

Address: 300 L Street Antioch, Ca. 94509

Telephone: 925. 778.2441

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

COMPLAINT                                    PAGE ___ OF ___                        JDC TEMPLATE, UPDATED 11/2024

## VI.    CLAIMS

### First Claim

Name the law or right violated:

4th Amendment, Eight Amendment, 14th Amendment, Monell claim and 15th Amendment.

Name the defendants who violated it:

City of Antioch, chief brooks, chief morefield

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Fourth Amendment Excessive Force - 42 U.S.C. 1983 Antioch Police officers used unjustified and excessive force on Malad Baldwin and Kathryn Wade. Denial of medical Care - 42 U.S.C 1983 - Eight and Fourth Amendment. Antioch Police failed to provide medical Care, showing deliberate indifference to Malad Baldwin and Kathryn R. Wade. Fourteenth Amendment substantive Due Process - 42 U.S.C. 1983. Defendants' Conduct to interefered with Maldd. and Kathryn's right to life, liberty, and bodily integrity without due process of law. Monell Claim - 42 4.SC. 1983 (City of Antioch and Police Department). The injuries and death of Malad Baldwin were Caused by failure to train and discipline officers Racial Discrimination and excessive force allowed by the leaders and And Deliberate indifference to the rights and safety of Black citizens Allowing a pattern of abuse to continue

Copy this page and insert it where you need additional space.

unchecked.

Racial Discrimination 42 U.S.C.1983 Fifteenth Amendment.

Defendants engaged in Racially motivated action intended to intiminate, harm, and suppress the civil Rights of Malad Baldwin and Kathryn R. Wade as a black male and Female living in Antioch, Ca. These actions were ~~acy~~ normal practices and part of a broader systematic pattern targeting black (African American) and brown citizens in Antioch, Ca.

Attached is The admission of the harm that they did to Malad Baldwin and giving him grades adds 84% percentile for deadly force.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville.

First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5.  Because this lawsuit arose in _Contra Costa_ County, it should be assigned to the _Oakland_ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6**. Use more pages as needed.

In Antioch, Ca. Malad and I experienced so much pain from the torment and corruption from Antioch Police Department officers that went uninvestigated. It trickles down from the City Manager, Police Chiefs, I+A, Police officers and all of these leaders ignored my cries for help and my Son, Malad's too. I submitted many Complaints that were not investigated (Videos to some of the incidences) Malad was Followed harassed in front of our home and officers entered and beat him -took to hospital Jailed and released, Guns pulled to his head Sitting in my car and pulled on us

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

Malad R. Baldwin (Deceased) Care of Mother, Kathryn R. Wade. I have Suffered So much pain from Antioch Police Department officers. Malad Was beat many times and even logged into medical as John Doe and they knew him. he was missing. I have called for medical response and Antioch Polices refused him treatment even with AMR there. One incident he talked about taking his life the Stated: "If you feel that way, y drive him". But what really hurts me is on April 11.23 at the City Council Meeting, Pro Tem Council member Tamisha Torres- Walker Stated at 'Time'. 1hr. 47min. 30sec. on video - She Stated the Harm Confessions about the harm that was done to Malad Baldwn". I Screamed and fainted. When I came to I felt like Malad had died all over again. this was So painful. I had been Saying what I knew had happened to Malad and asking for help from the leaders and nothing was done.

Copy this page and insert it where you need additional space.

But to actually get the 21 page text messages and read about what the officers said about him. During this time of the text 6.14.20 Malad was still alive. These officers acted like a gang and my Son and I were one of their targets. I found out that on 3.19.2020, Antioch Police put a "TAB" on Malad and on 8.7.2020 Antioch Police put a "TAB" on Me, Kathryn. This "TAB" means that to send 3-4 officers on any call or address that we are at. which was done illegally. I didn't have a record. Antioch polices spent many days sitting outside of my home, following Malad and I and anytime they saw us would harass us. I have multiple videos, complaints that I Submitted, protested, city council meetings, DA letters, AG letters to Support my cries for help.

See attached text Message. My Son cried out for help from this abuse. He stated "Mom the police gone kill me". Malad had a medical

call on 3·11·21 - he was alive and I had to see Antioch Police officers who beat him -exiting my home. They followed him to the hospital took picture of him, Called the next day to check his status and when he died 3·13·21, Antioch Police officers took pictures of my dead son. What was this for? There is still no definite cause of death on 2 seperate death certificates.

Even after Malad died, Antioch Police came to my house harassing my family and I. I am so sad because all of the efforts I took to get the help from Antioch city officals nothing was done until the text messages were exposed. City Antioch had the community members talking bad to me, about me and even wanting to fight me. This still hurts me today that the very people that took an oath to serve and protect failed. Their job is difficult and they didn't value the oath that they took.

## Contra Costa County District Attorney's Office
## Continuation/Supplemental Report

| Supplemental | |
|---|---|
| Continuation | X |

| Subject / Defendant: | Docket / Report No. |
|---|---|
| APD Officers | 013-1046493 |

At approximately 4:09 p.m., APD Officer Rodriguez text APD Officer Prieto, "Not at all that would be asking way too much of them."

At 6:15 p.m., APD Sgt. Evans text APD Officer Amiri, "Laughed at "Did the news quote the complaint where it say Colley was beating him about the anus while I held his legs apart?"

At 6:17 p.m., APD Sgt. Jimmy Wisecarver text, "No there was no mention of the anus. I'm gonna have to read that report!"[1]

At 6:24 p.m., APD Officer Kelly Inabnett responds, "Apparently they give out grades."

At 6:27 p.m., APD Sgt. Stenger replies, "Damn we failed." APD Officer Inabnett responds, "Pretty sure everyone did."

At 6:28 p.m., APD Sgt. Wisecarver text, "Baldwin was the one providing the grades." APD Officer Aaron Hughes adds, "84% percentile for deadly force." APD Officer Inabnett responds, "But we kill more mexicans than anything else. Soo blacks can feel safe." This is a reference to Malad Baldwin who was assaulted by the APD in 2014, and his mother, Kathryn Wade, later stated this incident led to him suffering from mental illness, and he later died.

At 6:29 p.m., APD Officer Inabnett continues, "Sorry. Reverse that."

At 6:30 p.m., APD Sgt. Stenger, "Laughs." APD Officer Spencer Cox texts, "They used "Latinx". Credibility went to 0%."

At 6:31 p.m., APD Officer Inabnett responds, "Good news, 0 crimes committed by police. Must be old data."

On 06/22/2020, at 9:04 a.m., APD Officer Rombough text a private citizen a photograph depicting a large naked African American male, with his penis exposed, sitting on the neck of George Floyd.

---

[1] Police Scorecard is the first nationwide public evaluation of policing in the United States. The Scorecard calculates levels of police violence, accountability, racial bias, and other policing outcomes for over 16,000 municipal and county law enforcement agencies, covering nearly 100% of the US population. The project is designed to help communities, researchers, police leaders and policy makers take data-informed action to reduce police use of force, increase accountability and reimagine public safety in their jurisdictions.

## VII.   DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

General damages

Special damages

Punitive damages and exemplary damages in amounts to be determined accordon to proof as to Defendents - All chiefs, Police offices and DOE-100

All permissible statuary damages

Attorney fees, Cost of Suit

Monetary Damages as the court deems

Policy and Procedural Changes. Practices of Police change

## VIII.   DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: April 9, 2025   Sign Name: _____

Print Name: Kathryn R. Wade