UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN R. WADE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ANTIOCH, et al.,<br><br>    Defendants. | Case No. 25-cv-03200-TSH<br><br>**ORDER RE: MOTION TO AMEND, MOTION TO EXTEND TIME FOR SERVICE**<br><br>Re: Dkt. Nos. 8, 9 |

Plaintiff Kathryn R. Wade seeks leave to file a first amended complaint (ECF No. 8) and to extend the deadline to serve Defendants (ECF No. 9). Under Federal Rule of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course" within 21 days after that pleading is served. Thus, as Defendants have not been served and there has been no previous amendment, Plaintiff may file an amended complaint as a matter of course without a court order. Accordingly, the Court **GRANTS** Plaintiff's motion. Plaintiff shall efile the amended complaint as a separate docket entry. Good cause appearing, the Court **EXTENDS** the deadline to serve Defendants to September 19, 2025. Pending service and resolution of the pleadings, the Court **VACATES** the October 23, 2025 case management conference and related deadlines.

**IT IS SO ORDERED.**

Dated: August 21, 2025

THOMAS S. HIXSON
United States Magistrate Judge